____ Priority
____ Send
____ Clsd
____ Enter
✓ JS-5/JS-6
____ JS-2/JS-3

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  P. GREG PARHAM
   Special Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 140310
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213)894-0304
9       Facsimile: (213)894-7177
        E-Mail: Greg.Parham@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

FILED
CLERK, U.S. DISTRICT COURT
JUN 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

              UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

UNITED STATES OF AMERICA,   )  NO. CV 07-8218 GHK (AGRx)
                            )
            Plaintiff,      )  [PROPOSED] JUDGMENT OF FORFEITURE
                            )
       v.                   )
                            )
$25,948.00 IN U.S. CURRENCY,)
                            )
            Defendant.      )
_____)

       This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on December 17, 2007. Notice of this action was given in the manner required by law, and neither known potential claimants Andres L. Torres, S & W Garage, nor any other potential claimants have filed a claim or answer. The Court deems that potential claimants Andres L. Torres, S & W Garage, and all other potential claimants admit the allegations of the

Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of known potential claimants Andres L. Torres, S & W Garage, and all other potential claimants, in and to the defendant $25,948.00 currency is condemned and forfeited to the United States of America. The defendant currency shall be forfeited to the United States and shall be disposed of in accordance with law.

DATED: 6/9/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

P. GREG PARHAM
Special Assistant United States Attorney
Attorneys for Plaintiff

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On May 6, 2008, I served a PLAINTIFF'S NOTICE OF LODGING [PROPOSED] JUDGMENT OF FORFEITURE on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

Andres L. Torres
2230 Pepperwood Ave.
Long Beach, CA 90815

S & W Auto Garage
2230 Pepperwood Avenue
Long Beach, CA 90815

Andres L. Torres
c/o Homer L. Harris, Esq.
Homer L. Harris & Associates
444 West Ocean Blvd., Suite 800
Long Beach, CA 90802

I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: May 6, 2008 at Los Angeles, California.

_____
Malisa Luong

# Notices

2:07-cv-08218-GHK-AGR United States Of America v. $25,948.00 In U.S. Currency (AGRx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Parham, Greg on 5/6/2008 at 3:56 PM PDT and filed on 5/6/2008

**Case Name:** United States Of America v. $25,948.00 In U.S. Currency
**Case Number:** 2:07-cv-8218
**Filer:** United States Of America
**Document Number:** 11

**Docket Text:**
NOTICE OF LODGING filed *Proposed Default Judgment of Forfeiture* (Attachments: # (1) Proposed Order Default Judgment of Forfeiture)(Parham, Greg)


**2:07-cv-8218 Notice has been electronically mailed to:**

Greg Parham   USACAC.Criminal@usdoj.gov, greg.parham@usdoj.gov

**2:07-cv-8218 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\mluong\Currency - Greg\$25,948\Notice of Lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5809293-0]
[0c6a94e6832e687aafdb49cc7426dd7e96d405ef3d7b3457f03ded58588aa36a5cca6
db24750c64b82d48b8d4fb57e028738a1ad5badee3ae04a2e9fd2415746]]
**Document description:** Proposed Order Default Judgment of Forfeiture
**Original filename:** N:\mluong\Currency - Greg\$25,948\Proposed Default Judgment of Forfeiture.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5809293-1]
[1adf333b931218395647139f8c1951d8ed8255339fd35b5956998d4820044382cd719
eceae9015288b7d27a253a27c2bc1f8c4d64881098443a916f16a13c110]]